O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ROBERTO CARLOS MELENDREZ,<br><br>                Petitioner,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                Respondents. | Case No. EDCV 26-2424-CAS (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting in part and denying in party the Petition as follows: (1) granting the petition to the extent Respondents are enjoined from continuing to detain Petitioner Roberto Carlos Melendrez (A# 226-168-532) unless he is provided a new bond hearing within seven (7) days at which the government must bear the burden of proving, by clear and convincing evidence, that the Petitioner poses a flight risk or danger to the community; and otherwise denying the Petition; and (2) requiring

Respondents to file a status report within eight (8) days advising the Court as to whether Petitioner has received a bond hearing, the outcome of the bond hearing, and Respondents' compliance with the Court's Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 23, 2026

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2